UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **In re Louis M. Rubano** | : NO. 3:23-GP-5 (JAM) |
| | : |
| | : |
| | : November 2, 2023 |

**FEDERAL GRIEVANCE COMMITTEE'S
<u>RECOMMENDATION FOR DISCIPLINE BY AGREEMENT</u>**

The Federal Grievance Committee of the United States District Court for the District of Connecticut, through its undersigned counsel, hereby recommends that this Court enter an order suspending *nunc pro tunc* Respondent Louis M. Rubano ("Respondent") from practicing before this Court for a period of nine (9) months commencing on February 1, 2020. Respondent agrees to the imposition of this discipline. In support of this recommendation, the Committee states as follows:

1. Respondent was admitted to the Bar of the United States District Court for the District of Connecticut on March 1, 1999 and is licensed to practice before this Court.

2. After due consideration, the Connecticut Superior Court found that Respondent violated Rules 1.15(e), 4.1(1), 8.4(3), and 8.4(4) of the Rules of Professional Conduct and entered an order dated January 14, 2020 ("Order") suspending Respondent from practicing before the Connecticut courts for a period of nine (9) months beginning on February 1, 2020. (Dkt. # 1.)

3. Pursuant to Local Rule 83.2(f)(2), when the Clerk of the Court becomes aware that an attorney admitted to practice in this District has been the subject of disciplinary action by order of any other federal or state court, it commences a disciplinary action in this Court.

4. The instant disciplinary action was commenced by the Clerk on March 7, 2023 pursuant to Local Rule 83.2(f)(2).

5. The Committee recommends that this Court impose a reciprocal suspension *nunc pro*

*tunc* upon Respondent for a period of nine (9) months commencing on February 1, 2020. Respondent has agreed to this discipline.

    Therefore, the Committee recommends, with the agreement of Respondent, that this Court enter an order, without hearing, suspending *nunc pro tunc* Respondent from the practice of law in the U.S. District Court for the District of Connecticut for a period nine (9) months commencing on February 1, 2020 and that, in order to be reinstated, Respondent must petition the Court in accordance with D. Conn. L. Civ. R. 83.2(i)(1).

    Respectfully submitted,

THE GRIEVANCE COMMITTEE OF THE
UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF CONNECTICUT

By_____*/s/Sean M. Fisher*_____
   Sean M. Fisher (ct23087)
   BRENNER, SALTZMAN & WALLMAN LLP
   271 Whitney Avenue
   New Haven, CT 06511
   Tel: (203) 772-2600
   Fax: (203) 562-2098
   Email: sfisher@bswlaw.com

Copies to:

Nancy Gifford
*Chair, Grievance Committee*

## **AGREEMENT OF RESPONDENT**

Respondent, Luis Rubano, hereby agrees to the imposition of reciprocal discipline consisting of a suspension *nunc pro tunc* from practice before the U.S. District Court for the District of Connecticut for or a period nine (9) months commencing on February 1, 2020, and further agrees to comply with the provisions of D. Conn. L. Civ. R. 83.2(i)(1) in order to be reinstated.

_____
LOUIS M. RUBANO